**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Criminal Action No. 12-cr-00242-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     REYNA MENDOZA-HARO,
       a/k/a "Reyna Mendoza," "Reyna," "Reyna Gonzalez," "Amanda Gonzalez,"
2.     ARNALDO ALVAREZ-GONZALEZ,
       a/k/a "Indio" "Monra"
3.     JAIME MORENO-LOPEZ,
       a/k/a "El Guapo," "Jaime Lopez," "Jaime Moreno," "Adrian Lopez-Villeda," "Alberto Torres-Trejo,"
4.     RICKY HENRY CISNEROS,
       a/k/a "Ricky Cisneros,"
5.     IVAN GOMEZ-AVILA,
       a/k/a "Ivan Avila," "Ivan Flores," "Jose Gomez,"
6.     SHANA LOUISE CLAYBOURN,
       a/k/a "Melissa Renee Rodriguez," "Becky Smith," "Shana Claybourn," "Tiffany Claybourn," "Shana Contreras," "Shana Louise Contreras-Pineda,"
7.     CRIS ANTHONY SANDOVAL,
       a/k/a "Cris Sandoval," "Christopher Sandoval,"
8.     TODD JOSEPH TRUJILLO,
       a/k/a "Todd Trujillo," "Tracy Petterson," "Todd Jose Trujillo,"
9.     KENNIE RAY SNYDER,
       a/k/a "Kennie Snyder,"
10.     CHRISTINA ROSE MALMGREN,
        a/k/a "Christina Malmgren," and
11.     DESIREE ROSE CEBALLES,
        a/k/a "Desiree Rosa Allen," "Desiree Rose Lucy," "Desiree Ceballes," "Desiree Rose Martinez,"

    Defendants.

## ORDER

This matter comes before the Court on the Government's Motion to Disclose Grand Jury Material, pursuant to Fed. R. Crim. P. 6(e)(3)(E)(I), filed May 31, 2012 (ECF No. 23).  The Court having reviewed the motion and being otherwise advised, the Court finds that good and sufficient cause supports the same, and hereby ORDERS as follows:

The Government's motion is GRANTED.  The Grand Jury testimony and Grand Jury exhibits may be disclosed to the Defendants and the Defendants' attorneys in the course of discovery in this case.

It is FURTHER ORDERED that such materials shall only be used in defending this case; that such materials shall be disclosed only to the Defendants and counsel for the Defendants; that the Defendants' attorneys shall maintain custody of such materials, and shall not reproduce or disseminate the same; and that such materials shall be returned to the United States at the end of the case.

Dated this 1st day of June, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge