IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: March 15, 2013 |
| Court Reporter: Gwen Daniel | Probation: Gary Burney |

_____

| | |
|---|---|
| Criminal Action No. 12-cr-00242-WJM | <u>Counsel:</u> |
| UNITED STATES OF AMERICA, | Zachary Phillips |
| | Kasandra Carleton |
| Plaintiff, | |
| v. | |
| 8. TODD JOSEPH TRUJILLO, | Peter Menges |
| Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

11:05 a.m.   Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

**ORDERED:** There being no objection to the Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b), (ECF No. 279), the Motion is GRANTED.

1

**ORDERED:** There being no objection to the Government's Motion to Dismiss Counts One and Five (ECF No. 280), the Motion is GRANTED. Counts One and Five of the Indictment are dismissed.

Sentencing Statement by Mr. Phillips

Sentencing Statement by Mr. Menges

Court's comments

**ORDERED:** The Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (ECF No. 278) is GRANTED.

Defendant's Allocution

> Defendant plead guilty to Count Nineteen of the Indictment and admitted to the forfeiture allegation on November 20, 2012.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Todd Joseph Trujillo, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months, to run concurrent with the state court sentences in Jefferson County Combined Court, Case No. 11cr 2121, as well as Adams County Combined Court, Case No. 12cr696.**

**In serving this term of incarceration the Court recommends that the director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the defendant be incarcerated at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a residential drug abuse or comparable substance abuse program and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the**

> district to which defendant is released.  And while on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and must comply with the standard conditions adopted by this Court.
>
> The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.
>
> The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED: Special Conditions of Supervised Release:**

> The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
>
> The defendant shall pay a special assessment of $100.00, which is due and payable immediately.
>
> The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the special assessment.
>
> Pursuant to Rule 32.2 of the Fed. Rules of Crim. P., as well as the defendant's admission to the forfeiture allegation in the Indictment at his change of plea hearing the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense, and as noted in the Plea Agreement.

Defendant advised of his right to appeal his conviction, as well as the sentence imposed, except in very limited circumstances.

**ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.**

11:35 a.m.    Court in Recess
              Hearing concluded
              Time: 30 minutes