IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: October 22, 2013 |
| Court Reporter: Gwen Daniel | Probation: Gary Burney |
| | Interpreter: Ellen Klaver |

_____

| | |
|---|---|
| Criminal Action No. 12-cr-00242-3-WJM | *Counsel:* |
| UNITED STATES OF AMERICA, | Zachary H. Phillips |
|     Plaintiff, | |
| v. | |
| 3.  JAIME MORENO-LOPEZ,<br>    a/k/a "El Guapo,"<br>    a/k/a "Jaime Lopez,"<br>    a/k/a "Jaime Moreno,"<br>    a/k/a Adrian Lopez-Villeda,"<br>    a/k/a "Alberto Torres-Trejo," | Richard J. Banta |
|     Defendant. | |

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

03:04 p.m.    Court in Session

 Appearances

Oath administered to the Interpreter.

Defendant is present and in custody.

Oath administered to the defendant.

1

Court's comments

Sentencing Statement (by Mr. Phillips)

Sentencing Statement (by Mr. Banta)

The defendant filed objections to the Presentence Investigation Report (ECF No. 521).

**ORDERED:** **The Court finds with regard to ECF No. 521 that no ruling is necessary as to Objection No. 1. Objection Nos. 2, 3 and 4 are OVERRULED.**

**ORDERED:** **The Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1 (ECF No. 459) is GRANTED.**

**ORDERED:** **There being no objection to the Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. § 3E1.1(b) (ECF No. 460), the Motion is GRANTED.**

**ORDERED:** **There being no objection to the Motion to Dismiss Counts One And Sixteen (ECF No. 461), the Motion is GRANTED. Counts One And Sixteen as to Jaime Moreno-Lopez are DISMISSED.**

Defendant's Allocution

> Defendant plead guilty to Count 7 of the Indictment and admitted to the forfeiture allegation on May 30, 2013.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jaime Moreno-Lopez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 46 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant shall report in person to the probation office in the district to which defendant is released.**

>**While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.**
>
>**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
>**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

ORDERED: Special Conditions of supervised release:

>1. **If the defendant is not immediately deported, he shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**
>
>2. **If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return to this country.**

ORDERED: The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.

ORDERED: The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment.

ORDERED: Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of his right to appeal his conviction, as well as the sentence

imposed, except in very limited circumstances.

**ORDERED: Defendant is REMANDED to the custody of the U.S. Marshal.**

03:30 p.m.   Court in Recess
             Hearing concluded
             Time: 26 minutes